# Exhibit 2
# (contained on disk lodged with Court on July 18, 2023)