# Exhibit 3

**DEPARTMENT OF HOMELAND SECURITY**
U.S. Immigration and Customs Enforcement
Homeland Security Investigations

## STATEMENT OF RIGHTS

Before we ask you any questions, it is my duty to advise you of your rights.

You have the right to remain silent.

Anything you say can be used against you in a court of law, or other proceedings.

You have the right to consult an attorney before making any statement or answering any questions.

You have the right to have an attorney present with you during questioning.

If you cannot afford an attorney, one will be appointed for you before any questioning, if you wish.

If you decide to answer questions now, you still have the right to stop the questioning at any time, or to stop the questioning for the purpose of consulting an attorney.

## WAIVER

I have read, or someone has read to me, this statement of my rights and I understand what my rights are. At this time, I am willing to answer questions without a lawyer present.

David Hernandez
Print Name

[signature]
Signature

7/14/76 11:53
Date and Time

[signature]
Witness

7/14/76 11:53
Date and Time

[signature]
Witness

6/7/22 1153
Date and Time