KARREN KENNEY – SBN 174872
Kenney Legal Defense
2900 Bristol Street, Suite C204
Costa Mesa, CA 92626
(855) 505-5588
karren.kenney@gmail.com

Attorney for Defendant

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, Plaintiff, DAVID HERNANDEZ Defendant. | CASE NO. 22CR1913-BAS **REPLY TO GOVERNMENT'S RESPONSE TO MOTION TO EXCLUDE EVIDENCE RE GEOTAB RECORDS** |

Comes now Defendant, David Hernandez, and replies to the government's Response concerning the defense motion to exclude the GEOTAB evidence.

**I. THE GOVERNMENT IS TRYING TO DENY MR. HERNANDEZ HIS CONSTITUTIONAL RIGHT TO PRESENT A COMPLETE DEFENSE IN VIOLATION OF HIS DUE PROCESS RIGHTS.**

Mr. Hernandez has an absolute right to present a complete defense during his jury trial. That includes the ability to present the entire picture to the jury regarding the circumstances surrounding the condition of the van he was driving

prior to being arrested at the border. Given the fact the Government wants to complete deny him the ability to bring in the GPS tracker discovery. Is this because it was the GEOTAB tracking device wasn't located until the auto inspection that was requested by the defense and conducted on April 28, 2023? This would obviously establish that law enforcement did NOT find it themselves when they inspected the vehicle after the arrest. Is this why they are trying to keep this information away from the jury? This is clearly relevant and a fact that Mr. Hernandez has relied upon in preparing his defense for trial. It goes to the quality of the investigation and should not be withheld from the jury.

In addition, the Government is trying to avoid the scenario of trying to refute the GEOTAB tracking device information since they only have miniscule non-foundational hearsay statements from Witness Marshal to try to establish the tracking device never communicated any information on any platform after August 15, 2021. This assertion is not accurate. If the Government is allowed to submit this testimonial hearsay evidence that is inaccurate, without the proper witness to lay the foundation and subject to cross-examination, would be an egregious violation of Mr. Hernandez due process rights, resulting in a fundamentally unfair trial.

## CONCLUSION

For the above stated reasons, the defendant prays that this court not deny Mr. Hernandez the ability to present a complete defense by mentioning the GPS device found during the vehicle inspection, and exclude any testimony being offered regarding the GEOTAB information/records without the proper witness.

DATED: August 26, 2023

Respectfully Submitted,

*Karren Kenney*

KARREN KENNEY
Attorney for David Hernandez